**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIFER GREEN** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20-CV-708-P** |
| | § | |
| **OX CAR CARE, INC., ET AL.** | § | |

**ORDER DENYING AS MOOT DEFENDANT OX CAR CARE, INC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pending before the Court is Defendant Ox Car Care, Inc. ("Defendant")'s Motion to Dismiss for Lack of Personal Jurisdiction [doc. 30], filed April 15, 2021. In its motion, Defendant argues that Plaintiff's "Complaint lacks the necessary allegations to extend personal jurisdiction over Ox Car, either specific or general." (Defendant's Motion to Dismiss at 1.) Thereafter, on May 6, 2021, Plaintiff filed an Amended Complaint in which she added allegations of contacts Defendant has with Texas. Consequently, the Court concludes that Defendant Ox Car Care, Inc.'s Motion to Dismiss should be **DENIED AS MOOT** without prejudice.

Based on the foregoing, it is **ORDERED** that Defendant Ox Car Car Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [doc. 30] is **DENIED AS MOOT** without prejudice.

SIGNED May 18, 2021.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE