IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER GREEN | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-708-BJ |
| OX CAR CARE, INC. | § | |

### RULE 54(b) FINAL JUDGMENT

In accordance with Plaintiff's Notice of Dismissal as to Defendant VSC Media Group, LLC Only filed on July 6, 2021 and Federal Rule of Civil Procedure 54(b),

Finding no just reason for delay, it is hereby **ORDERED, ADJUDGED, and DECREED** that all claims asserted against Defendant VSC Media Group, LLC in the above-styled and numbered cause are **DISMISSED WITHOUT PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED July 19, 2021.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE